

# In the Missouri Court of Appeals
## Eastern District

APRIL 14, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100855    LATOYA CARTER, APP V STATE OF MISSOURI, RES

2.      ED101356 CHRISTOPHER COLLETTA, APP V STATE OF MISSOURI, RES

3.      ED101637 MANUEL CAZARES, APP V STATE OF MISSOURI, RES

4.      ED101779 JOSEPH AFSHARI, APP V STL COUNTY, ET AL, RES

5.      ED101818 IN THE INTEREST OF:  B.H.

6.      ED101958 ANTOINE ADEM, APP V JEFF. MEMORIAL HOSPITAL, RES